FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CHRISTIAN RADVANYI,<br><br>               Plaintiff,<br><br>    v.<br><br>AMR AMBULANCE SERVICE,<br><br>               Defendant. | No. 2:21-cv-00271-SMJ<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

On October 27, 2021, the Court instructed Plaintiff Michael Christian Radvanyi, then detained by Spokane County Detention Services, to provide a completed and properly signed Declaration and Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983, along with a statement of his inmate account for the six months immediately preceding the filing of his Complaint on September 10, 2021. ECF No. 3. These documents are required for a prisoner to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a).

In the alternative, the Court directed Plaintiff to pay the full $402 filing fee ($350 filing fee, plus $52 administrative fee) to commence this action. ECF No. 3

at 2. The Court also instructed Plaintiff to sign his complaint and any other document he submits to the court. *Id.* at 1–3.

On October 28, 2021, Plaintiff submitted a letter in an envelope indicating he was then housed at the Eastern State Hospital. On November 3, 2021, documents were returned to the Court as undeliverable and forwarded to Plaintiff at the Eastern State Hospital. Plaintiff has not remedied the deficiencies of his submissions to this Court and has filed nothing further in this action. Thus, it appears Plaintiff has abandoned this litigation.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 3, **IT IS HEREBY ORDERED**:

**1.** This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

*A.* The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

//
//
//
//
//

  **2.**  The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

  **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

  **DATED** this 14th day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS – 3